THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY CHALK | : | |
| Petitioner | : | |
| v. | : | 3:12-CV-1260 |
| | : | (JUDGE MARIANI) |
| WARDEN J.E. THOMAS | : | |
| Respondent | : | |

| | | |
|---|---|---|
| ANTHONY CHALK | : | |
| Petitioner | : | |
| v. | : | 3:12-CV-1261 |
| | : | (JUDGE MARIANI) |
| WARDEN J.E. THOMAS | : | |
| Respondent | : | |

FILED
SCRANTON

APR - 2 2013

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 1ST DAY OF APRIL, 2013**, upon consideration of Magistrate Judge Carlson's Report and Recommendation (3:12-CV-1260, Doc. 9; 3:12-CV-1261, Doc. 10) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation (3:12-CV-1260, Doc. 9; 3:12-CV-1261, Doc. 10) is **ADOPTED**.

2. Anthony Chalk's Petitions for Writ of Habeas Corpus are **DENIED**.

3. A Certificate of Appealability **WILL NOT ISSUE** in either case.

4. The Clerk of Court is directed to **CLOSE** the case.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge